IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONTANA BELL | No. 3:19-CV-01226 |
| Plaintiff, | (Judge Brann) |
| v. | |
| C.O. FOUNTAIN, *et al.*, | |
| Defendants. | |

## ORDER

**MARCH 23, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for summary judgment, Doc, 10, is **DENIED**;

2. Defendants' motion for summary judgment, Doc. 19, is **GRANTED**;

3. Plaintiff's state law claims of assault, battery, negligence, and negligent infliction of emotional distress are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction pursuant to 28 U.S.C. § 1367(c)(1);

4. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants and as against Plaintiff on all claims remaining; and

5. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge